

The following constitutes the order of the court.
Signed January 16, 2014

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Lance E. Hart,<br>          Debtor. | Case No. 09-71053<br>Adversary No. 12-4059<br>Chapter 7 |
| Beverly Karaeff,<br>          Plaintiff,<br>v.<br>Lance E. Hart,<br>          Defendant. | |
| In re<br><br>Debra A. Hart,<br>          Debtor. | Case No. 11-42424<br>Adversary No. 11-4177<br>Chapter 7 |
| Beverly Karaeff,<br>          Plaintiff,<br>v.<br>Debra A. Hart,<br>          Defendant. | |

## MEMORANDUM REGARDING AMENDED ANSWERS

On November 7, 2013, a hearing was held on Defendants' Motion to Amend Answers ("Motion") in the above-captioned adversary proceedings. The Motion was granted at the hearing for the reasons stated on the record. The Court notes that counsel for the Defendants has failed to provide the Court a form of order granting the Motion, and it appearing that a disposition of the Motion and the filing of amended answers are necessary before the Court can render a decision on these matters, Defendants are hereby directed to submit the appropriate form of order by **January 23, 2014** and file any amended answer promptly upon the Clerk's entry of such order.

**\*\*END OF MEMORANDUM\*\***

## Court Service List

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

Baron J. Drexel
Law Offices of Baron J. Drexel
212 9th St. #401 Penthouse
Oakland, CA 94607